# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Latta, Jennie D. | W.D. Tennessee | 09/18/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankrutpcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

United States Bankruptcy Court
200 Jefferson Avenue, Suite 65
Memphis, TN 38103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▒▒▒ Trust |
| 2. | Member | Saint Thomas More Catholic Lawyers Guild of West Tennessee |
| 3. | Director | Oblates of Saint Meinrad Archabbey |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. Fall, 2013 | Cecil C. Humphreys School of Law, University of Memphis, teaching income | $2,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Earned income; self-employed licensed professional counselor |
| 2. 2013 | Earned income; Catholic Diocese of Memphis |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latta, Jennie D. | 09/18/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwestern Mutual | loan against life insurance policy | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard IRA | A | Dividend | K | T | | | | | |
| 2. -Target Retirement 2025 | | | | | | | | | |
| 3. -Emerging Markets Stock Index | | | | | Buy (add'l) | 01/31/13 | J | | |
| 4. -Emerging Markets Stock Index | | | | | Buy (add'l) | 02/28/13 | J | | |
| 5. -Emerging Markets Stock Index | | | | | Buy (add'l) | 03/28/13 | J | | |
| 6. -Emerging Markets Stock Index | | | | | Buy (add'l) | 04/30/13 | J | | |
| 7. -Emerging Markets Stock Index | | | | | Buy (add'l) | 05/31/13 | J | | |
| 8. -Emerging Markets Stock Index | | | | | Buy (add'l) | 06/21/13 | J | | |
| 9. -Emerging Markets Stock Index | | | | | Buy (add'l) | 07/31/13 | J | | |
| 10. -Emerging Markets Stock Index | | | | | Buy (add'l) | 08/30/13 | J | | |
| 11. -Emerging Markets Stock Index | | | | | Buy (add'l) | 09/20/13 | J | | |
| 12. -Emerging Markets Stock Index | | | | | Buy (add'l) | 10/31/13 | J | | |
| 13. -Emerging Markets Stock Index | | | | | Buy (add'l) | 11/29/13 | J | | |
| 14. -Emerging Markets Stock Index | | | | | Buy (add'l) | 12/19/13 | J | | |
| 15. Raymond James (brokerage accounts) | | | | | | | | | |
| 16. -American Funds Washington Mutual (Acct. #3) | A | Dividend | J | T | | | | | |
| 17. - American Funds Washington Mutual (Acct. # 4) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latta, Jennie D. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -American Funds Washington Mutual (Acct. # 5) | A | Dividend | J | T | | | | | |
| 19. -American Funds Washington Mutual | | | | | Buy (add'l) | 01/15/13 | J | | |
| 20. -American Funds Washington Mutual | | | | | Buy (add'l) | 02/15/13 | J | | |
| 21. -American Funds Washington Mutual | | | | | Buy (add'l) | 03/15/13 | J | | |
| 22. -American Funds Washington Mutual | | | | | Buy (add'l) | 04/15/13 | J | | |
| 23. -American Funds Washington Mutual | | | | | Buy (add'l) | 05/15/13 | J | | |
| 24. -American Funds Washington Mutual | | | | | Buy (add'l) | 06/17/13 | J | | |
| 25. -American Funds Washington Mutual | | | | | Buy (add'l) | 07/15/13 | J | | |
| 26. -American Funds Washington Mutual | | | | | Buy (add'l) | 08/15/13 | J | | |
| 27. -American Funds Washington Mutual | | | | | Buy (add'l) | 09/16/13 | J | | |
| 28. -American Funds Washington Mutual | | | | | Buy (add'l) | 10/15/13 | J | | |
| 29. -American Funds Washington Mutual | | | | | Buy (add'l) | 11/15/13 | J | | |
| 30. -American Funds Washington Mutual | | | | | Buy (add'l) | 12/16/13 | J | | |
| 31. - American Funds Washington Mutual (Acct. #6) | A | Dividend | J | T | | | | | |
| 32. Northwestern Mutual (whole life policy #1) | C | Dividend | L | T | | | | | |
| 33. Northwestern Mutual (whole life policy #3) | A | Dividend | J | T | | | | | |
| 34. First Tennessee Bank (savings) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latta, Jennie D. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First Tennessee Bank (checking) | A | Interest | J | T | | | | | |
| 36. Baccalaureate Education System Trust (#4) | | None | J | T | | | | | |
| 37. Baccalaureate Education System Trust (#5) | | None | K | T | Redeemed (part) | 08/05/13 | J | A | |
| 38. Baccalaureate Education System Trust (#5) | | | | | Redeemed (part) | 12/05/13 | J | A | |
| 39. Baccalaureate Education System Trust (#6) | | None | K | T | | | | | |
| 40. Volvo depositary receipt | A | Dividend | J | T | | | | | |
| 41. Office furniture, fixtures, equipment | | None | J | W | | | | | |
| 42. Raymond James SEP IRA | | | | | | | | | |
| 43. -American Funds Capital World Growth and Income | A | Dividend | K | T | | | | | |
| 44. -American Funds Growth Fund of America | A | Dividend | K | T | | | | | |
| 45. -Cash or equivalents | A | Int./Div. | K | T | Redeemed (part) | 09/27/13 | K | A | |
| 46. -Cash or equivalents | | | | | Buy (add'l) | 11/25/13 | J | | |
| 47. -Cash or equivalents | | | | | Buy (add'l) | 12/26/13 | J | | |
| 48. Morgan Stanley Smith Barney (brokerage account) | | | | | | | | | |
| 49. - American Funds Washington Mutual Fund | A | Dividend | J | T | | | | | |
| 50. ▨ Trust | | | J | T | | | | | |
| 51. ▨ Trust | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Latta, Jennie D. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ▭ Trust | E | Distribution | | | | | | | |
| 53. -Citibank NA South Dakota Bank Deposit Program | | | | | | | | | |
| 54. -Bond Fund of America Class A | | | | | Redeemed (part) | 06/28/13 | J | | |
| 55. -Bond Fund of America Class A | | | | | Redeemed (part) | 09/05/13 | J | | |
| 56. -Bond Fund of America Class A | | | | | Redeemed (part) | 10/03/13 | J | | |
| 57. -Bond Fund of America Class A | | | | | Redeemed (part) | 11/04/13 | J | | |
| 58. -Bond Fund of America Class A | | | | | Redeemed | 12/02/13 | J | | |
| 59. -Longleaf Partners Fund | | | | | Redeemed (part) | 02/28/13 | J | | |
| 60. -Longleaf Partners Fund | | | | | Redeemed | 05/01/13 | J | | |
| 61. -Mutual Beacon Fund | | | | | Redeemed (part) | 01/02/13 | J | | |
| 62. -Mutual Beacon Fund | | | | | Redeemed (part) | 03/04/13 | J | | |
| 63. -Mutual Beacon Fund | | | | | Redeemed (part) | 04/01/13 | J | | |
| 64. -Mutual Beacon Fund | | | | | Redeemed (part) | 05/30/13 | J | | |
| 65. -Mutual Beacon Fund | | | | | Redeemed | 08/05/13 | J | | |
| 66. First Tennessee (Checking #2) | | None | J | T | | | | | |
| 67. Wal-Mart common stock | A | Dividend | J | T | | | | | |
| 68. American Funds 529 Plan | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latta, Jennie D. | 09/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Washington Mutual | | | | | Buy (add'l) | 01/15/13 | J | | |
| 70.  -Washington Mutual | | | | | Buy (add'l) | 02/19/13 | J | | |
| 71.  -Washington Mutual | | | | | Buy (add'l) | 03/18/13 | J | | |
| 72.  -Washington Mutual | | | | | Buy (add'l) | 04/16/13 | J | | |
| 73.  -Washington Mutual | | | | | Buy (add'l) | 05/16/13 | J | | |
| 74.  -Washington Mutual | | | | | Buy (add'l) | 06/18/13 | J | | |
| 75.  -Washington Mutual | | | | | Buy (add'l) | 07/16/13 | J | | |
| 76.  -Washington Mutual | | | | | Buy (add'l) | 08/16/13 | J | | |
| 77.  -Washington Mutual | | | | | Buy (add'l) | 09/17/13 | J | | |
| 78.  -Washington Mutual | | | | | Buy (add'l) | 10/16/13 | J | | |
| 79.  -Washington Mutual | | | | | Buy (add'l) | 11/18/13 | J | | |
| 80.  -Washington Mutual | | | | | Buy (add'l) | 12/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Latta, Jennie D. | 09/18/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In my 2012 report, I indicated that Morgan Keegan had merged with Raymond James, and that the prior SIMPLE IRA was combined with the SEP IRA. At part VII, page 7, line 59, an investment formerly held in the SIMPLE IRA was inadvertantly retained in the report. That investment was sold when the SIMPLE IRA was combined with the SEP IRA and is reflected in the cash or equivalents shown at page 6, line 47.

| Name of Person Reporting | Date of Report |
|---|---|
| Latta, Jennie D. | 09/18/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennie D. Latta**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544